ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,              :

               Plaintiff,       :

     - against -                     :       CONSENT JUDGMENT

SALVADOR E. ROSILLO,                   :       07 CIV 6027 (JSR)

               Defendant.       :
----------------------------------x

7-31-07

      This action having been commenced by the filing of a complaint and the issuance of a summons on June 26, 2007, and defendant waiving service of the summons and acknowledging receipt of the complaint,

      NOW, on the signed consent of the plaintiff and the defendant, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant Salvador E. Rosillo in the sum of $17,977.94, plus $29,312.52 (representing interest at the rate of seven (7) percent per annum on the sum $12,572.94 and three (3) percent on the sum of $5,405.00); plus administrative costs in the amount of $87.00, and plus the costs and disbursements in the sum of $350.00, amounting in all to the sum of $47,727.46, with interest from the date of judgment as provided by law and that

plaintiff have execution therefor.

Dated:   New York, New York
         July 26, 2007

Agreed and Consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff

By: _____
    KATHLEEN A. ZEBROWSKI
    Assistant United States Attorney

_____
Salvador E. Rosillo
Defendant, Pro Se

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
7-30-07

Sworn to before me this
26 th day of July 2007

Maria A. Cotto
Notary Public, State of New York
No. 01CO5064894
Qualified in Bronx County
Commission Expires 8/26/2010

Sworn to before me this
th day of July 2007
07/24/07

EMILY C. LIU
Notary Public, State of New York
No. 01LI5051174
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 30, 2009
For Only Mr. Salvador E Rosillo
on 7/24/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____