MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No: (212) 637-2710
FAX No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | DECLARATION OF NATALYA YAGUDAYEVA |
| - v. - | : | 07 Civ. 6027 (JSR) |
| SALVADOR E. ROSILLO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

NATALYA YAGUDAYEVA, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.    I am a Financial Litigation Agent in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff United States of America (the "United States"). I familiar with the matters set forth herein.

2.    I submit this declaration in opposition to the defendant Salvador E. Rosillo's (the "defendant's") motion to vacate the consent judgment.

3.    On July 16, 2007, I spoke with the defendant regarding his defaulted student loans. He stated that he was attempting to consolidate his student loans. He also stated that he had received the waiver of service of summons and the consent judgment, and that he

would sign and return both the waiver and the consent judgment.

4. On July 18, 2007, the signed waiver was delivered by hand to the United States Attorney's Office at 86 Chambers Street, New York, New York.

5. On July 26, 2007, the Government received and filed the signed consent judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      July 30, 2008

_____
NATALYA YAGUDAYEVA
Financial Litigation Agent