MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CERTIFICATE OF SERVICE |
| - v. - | : | 07 Civ. 6027 (JSR) |
| SALVADOR E. ROSILLO, | : | |
| Defendant. | : | |

---------------------------------------------------------x

      KATHLEEN A. ZEBROWSKI, pursuant to 28 U.S.C. § 1746 affirms the following under penalty of perjury:

      1.    I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York and the attorney for the plaintiff. As such, I am in charge of this action, and I am familiar with the matters set forth herein.

      2.    On July 30, 2008, I caused to be served a copy of the Government's Memorandum of Law in Opposition to Defendant's Motion to Vacate the Consent Judgment, the Declaration of Kathleen A. Zebrowski and the Declaration of Natalya Yagudayeva in above-

captioned case by first class mail on:

       Salvador E. Rosillo
       78 Reade Street
       New York, New York  10007

Dated:  New York, New York
       July 30, 2008

                                          /s/ Kathleen A. Zebrowski
                                     KATHLEEN A. ZEBROWSKI
                                     Assistant United States Attorney